**Order entered June 24, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00413-CV

## IN THE INTEREST OF M.O. AND P.O., CHILDREN,

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-19769-Z**

## ORDER

The Mother of M.O. and P.O. ("Mother") has appealed the trial court's order appointing her possessory conservator of her children M.O. and P.O. Mother contends the trial court abused its discretion in finding that appointing her as managing conservator would significantly impair M.O.'s and P.O.'s physical health and emotional development. In reviewing the trial court's order, we must review the entire record. *In Interest of A.A.E.*, No. 05-18-00291-CV, 2019 WL 1552450, at *2 (Tex. App.—Dallas Apr. 10, 2019, no pet. h.) (mem. op.). Pages 45 and 65 of the reporter's record reflect that at the request of the Texas Department of Family and Protective Services ("Department"), the trial court took judicial notice of several documents filed with the court, including "service plans" filed "around December of 2017," and certain business records "filed on February the 4th." These documents, however, are not included in the appellate record.

(1) We **ORDER** the Department, within **TEN DAYS** of the date of this Order, to file a designation with the trial court clerk identifying any documents (1) not already included in the appellate record (2) from the trial court's record (3) pertaining to M.O. and P.O. (4) of which the trial court took judicial notice;

(2) We **ORDER** Felicia Pitre, Dallas County District Clerk, within **TEN DAYS** of receiving the Department's designation, to file a supplemental record with this Court containing the designated documents, *see* TEX. R. APP. P. 34.5(c);

(3) We further **ORDER** Ms. Pitre to notify this Court in writing within **TWENTY DAYS** of the date of this Order if no such documents can be identified.

/s/    LESLIE OSBORNE
        JUSTICE